■ FRANCES ANDRAKA, Respondent, v. TOWN OF POMPEY et al., Appellants. (Four Actions.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 1 A D 2d 427.]

## FIRST DEPARTMENT, JUNE, 1956

### (June 1, 1956)

■ In the Matter of MOSES KOOPERSTEIN et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents. Order appealed from affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ.